# EXHIBIT D

Michael E. Brewer (State Bar No. 177912)
michael.brewer@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3026
Facsimile:    +1 415 576 3099

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY and
THE DAVEY TREE EXPERT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE DIAZ HERMOSILLO, OSCAR DIAZ HERMOSILLO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVEY TREE SURGERY COMPANY, an Ohio Corporation; THE DAVEY TREE EXPERT COMPANY, an Ohio Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 18-cv-0393 (SVK)<br><br>**DECLARATION OF MICHAEL BARTON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date: March 27, 2018<br>Time: 10:00 a.m.<br>Judge: Susan van Keulen<br>Dept: Courtroom 6 - 4th Floor<br><br>COMPLAINT FILED: Dec. 7, 2017<br>Trial Date: No date set |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO.: 18-cv-0393 (SVK)
DECLARATION OF MICHAEL BARTON

I, Michael Barton, declare as follows:

1. I have been employed by The Davey Tree Expert Company (the "Company") for approximately 25 years. I am currently a Sales Representative and am based out of the Company's Santa Clara, California office.

2. I am familiar with Jose Diaz Hermosillo and Oscar Diaz Hermosillo. They both previously worked for the Company and were based out of the Santa Clara office. When Jose and Oscar were hired, I was the Assistant District Manager in the Santa Clara, California office.

3. As the Assistant District Manager, I conducted the new employee orientation for Jose and Oscar Hermosillo, as well as for other new employees in Santa Clara. When I conducted new employee orientation, I provided new employees copies of various Company policies, including the employee handbook and arbitration agreement. I also gave new employees a general overview of the Company's policies and handbook. While Oscar and Jose worked for the Company, extra copies of the handbook and arbitration agreement were available to employees in the Santa Clara office.

4. I have personal knowledge of the facts contained in this declaration, and if called upon I could and would testify to the truth of those facts.

I declare to the best of my knowledge under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on February   , 2018 in Santa Clara, California.

_____
Michael Barton

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000