UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ HERMOSILLO, OSCAR DIAZ HERMOSILLO, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DAVEY TREE SURGERY COMPANY, et al.,<br><br>Defendants. | Case No. 18-CV-00393-LHK<br><br>**JUDGMENT** |

On July 7, 2021, the Court granted the parties' motion for settlement approval, ECF No. 56, and granted in part and denied in part Plaintiffs' Counsel's motion for attorneys' fees and costs. ECF No. 57. Accordingly, the Clerk shall enter judgment. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 7, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 18-CV-00393-LHK
JUDGMENT

1